03-14-00046-CR

DATE: 1/4/14

FILED
January 9, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# Motion to Compel on
# First Motion for Extension
## [14th Amendment Ruling]

Dear Courts I filed a motion Pro Se for extension of time [60 DAYS] It's in the interest of justice that I get a time extension...

This Unit has been on Lockdown for 3 weeks. & access to the Law Library is limited.

Wherefore concerning the beforehand mentioned I ask that my motion for extension on time [60 Days] be granted in order to research and discover records.

I Pray that this be granted.

RECEIVED
JAN 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

PRO Se

Willie Lee Ockletree
TDCJ# 1906981
Allred Unit
2101 Fm 369 North
Iowa Park, Texas 76367

Mr. William Lee Ockletee
TDCJ #01906981
AllRED·Unit
2101 Fm 369 North
Iowa Park, Tx
76367

Legal Mail

7871125 47 47

NORTH TEXAS TX DFC
DALLAS TX 750
25 JUN 2015 PM 11

Mr. Jeffrey D. Kyle, (Clerk)
Court of Appeals
3rd District
P.O. Box 12547
Austin, Texas